IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS ARTHUR POWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 1:15-CV-0004-P-BL |
| | § | |
| GEO CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

ORDER VACATING CONSENT REFERRAL AND
ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

On May 1, 2015, the undersigned referred this case to the Magistrate Judge in accordance with 28 U.S.C. § 636(c) and a filed consent. *See* Doc. 17. In July 2015, certain defendants moved for summary judgment without consenting to the § 636(c) referral to the Magistrate Judge. *See* Doc. 18. On February 26, 2016, the assigned Magistrate Judge issued Findings, Conclusions, and Recommendation in which he recommends that the Court grant the motion for summary judgment, dismiss the claims of the movants with prejudice, and order that Plaintiff take nothing on his claims against those defendants. *See* Doc. 19. He further recommended that the Court dismiss with prejudice Plaintiff's claims against Defendant Inspector General – the only defendant not joining in the motion for summary judgment – pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii). No party has filed any objection to the Findings, Conclusions, and Recommendation.

The Court hereby vacates the consent referral given the lack of expressed consent by the defendants that have appeared in this action. Consequently, this order and all future filings in this case shall be filed under Civil Action Number 1:15-cv-0004-P-BL. The case remains referred to the Magistrate Judge on the original screening referral.

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court thus **ACCEPTS** the Findings and Conclusions of the Magistrate Judge and adopts them. Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (doc. 18); **DISMISSES** the claims against the movant defendants with prejudice; and **DISMISSES** the claims against Defendant Inspector General with prejudice pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(ii). Plaintiff takes nothing by his claims against any defendant.

**SIGNED this 24th day of March, 2016.**

**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**